UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

January 16, 2020

MEMORANDUM TO COUNSEL RE:   <u>Iraq Middle Market Development Foundation v. Mohammad Ali Mohammad Harmoosh, et al.</u>
Civil Action No. GLR-15-1124

Dear Counsel:

On January 13, 2020, the United States Court of Appeals for the Fourth Circuit vacated this Court's September 27, 2018 Order (ECF No. 55), granting Defendants' Motion for Summary Judgment and to Compel Arbitration (ECF No. 49), and remanded this case for further proceedings. Accordingly, the Court directs the parties to file a joint status report addressing the four points outlined below within five days:

1. Whether the parties would like to participate in a mediation;

2. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings;

3. The status of discovery and the trial's likely duration;

4. Any other issues the parties wish to bring to the Court's attention.

The Court will contact the parties to schedule a teleconference to discuss pretrial and trial scheduling. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge